UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Roy Bissada,<br><br>    Plaintiff,<br><br>vs.<br><br>IQ DATA INTERNATIONAL, INC.; and DOES 1-10, inclusive,<br><br>    Defendant. | CASE NO. 11-cv-00185-JEM<br><br>**ORDER GRANTING STIPULATION RE DISMISSAL OF ENTIRE ACTION AND ALL PARTIES, WITH PREJUDICE** |

The Court has reviewed the Stipulation of Defendant I.Q. DATA INTERNATIONAL, INC. ("Defendant"), by and through its respective counsel of record, Robert D. Berglund, and by Plaintiff ROY BISSADA ("Plaintiff"), by and through his respective counsel of record, Lara R. Shapiro, to dismiss the above-entitled action, with prejudice, in its entirety. Pursuant to the Stipulation between the parties, the Court orders as follows:

/ / /

1. That the above-entitled lawsuit is hereby dismissed, with prejudice, pursuant to FRCP 41(a)(1). Each party shall bear their own costs and expenses.

**IT IS SO ORDERED:**

DATED: 5/31/2011  */s/ John E. McDermott*
UNITED STATES MAGISTRATE JUDGE